IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS PLAYER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>J. WOODFORD, et al.,<br><br>　　　　　　Defendants. | 04CV1761 LAB (WM)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO VACATE OR EXTEND PRE-TRIAL DEADLINES PENDING DECISION ON THEIR MOTION FOR SUMMARY JUDGMENT** |

　　　Defendants Salas, Prunty, and Davis have filed an ex parte application requesting the Court vacate or extend the pre-trial deadlines set forth in the Court's scheduling order of March 28, 2007. Good cause appearing, Defendants' application to vacate or extend the current pre-trial deadlines pending a ruling on the motion for summary judgment currently under submission is hereby GRANTED, as follows:

　　　Counsel shall file their Memoranda of Contentions of Fact and Law and take any other action required by Local Rule 16.1(f)(2) on or before September 10, 2007.

　　　Counsel shall comply with the Pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) on or before September 10, 2007.

　　　Counsel shall meet and take the action required by Local Rule 16.1(f)(4) on or before September 17, 2007.

1     Objections to Pre-trial disclosures shall be filed no later than September 24, 2007.

2     The Proposed Final Pre-trial Conference Order required by Local Rule 16.1(f)(6) shall be
3 prepared, served, and lodged on or before September 24, 2007.

4     The final Pre-trial Conference is scheduled on the calendar of Judge Larry A. Burns on
5 October 1, 2007, at 10:45 a.m. A trial date will be given at the Pre-trial Conference.

6     **IT IS SO ORDERED.**

7 DATED: June 1, 2007

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

ORDER      Case No. 04CV1761 LAB (WM)

2