# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS PLAYER,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>G. SALAS; K.W. PRUNTY; B.L. REED; J.W. DAVIS; and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendants. | CASE NO. 04cv1761-LAB (WMc)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXTEND PRE-TRIAL DEADLINES PENDING DECISION ON THEIR MOTION FOR SUMMARY JUDGMENT, AND EXTENDING DEFENDANTS' TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO REPORT AND RECOMMENDATION** |

On August 16, 2007, Defendants Salas, Prunty, and Davis filed an ex parte application requesting the Court vacate or extend the pre-trial deadlines set forth in the Court's scheduling order of June 1, 2007. Good cause appearing, Defendants' application to vacate or extend the current pre-trial deadlines pending a ruling on the motion for summary judgment is hereby **GRANTED**, as follows:

The Defendants shall file their reply to Plaintiff's opposition to the report and recommendation, if any, on or before September 14, 2007.

Counsel shall file their Memoranda of Contentions of Fact and Law and take any other action required by Local Rule 16.1(f)(2) on or before October 15, 2007.

///

1   Counsel shall comply with the Pre-trial disclosure requirements of Federal Rule of Civil
2   Procedure 26(a)(3) on or before October 15, 2007.
3   Counsel shall meet and take the action required by Local Rule 16.1(f)(4) on or before October
4   22, 2007.
5   Objections to Pre-trial disclosures shall be filed no later than October 29, 2007.
6   The Proposed Final Pre-trial Conference Order required by Local Rule 16.1(f)(6) shall be
7   prepared, served, and lodged on or before October 29, 2007.
8   The final Pre-trial Conference is scheduled on the calendar of Judge Larry A. Burns on
9   November 13, 2007, at 10:45 a.m.  A trial date will be given at the Pre-trial Conference.
10  **IT IS SO ORDERED**.
11  DATED: August 27, 2007

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge